UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

LAWRENCE YOUNG, individually and on behalf of all other persons similarly situated,

                Plaintiff,

-v-

ASSOCIATED FOOD HOLDINGS, LLC, *et al.*,

                Defendants.

17-CV-4574 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    The conference currently scheduled for February 9, 2018, and all other filing deadlines, conference dates, and the trial date, are adjourned *sine die*.

    SO ORDERED.

Dated: February 8, 2018
       New York, New York

_____
                J. PAUL OETKEN
              United States District Judge