Oether. P.

DocuSign Envelope ID: 38813AB6-0555-420A-A9FB-1E1C91523E14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, Individually and on Behalf          ECF CASE
of All Other Persons Similarly Situated,

                          Plaintiff,                 No.: 1:17-cv-4574 (JPO)

            v.

ASSOCIATED FOOD HOLDINGS, LLC,
ASSOCIATED FOOD SHOPS INC. AND
ASSOCIATED FOOD STORES, INC.,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(2), hereby stipulate to dismiss

this action with prejudice, resolving all matters in dispute having been made and each

party to bear their own fees and costs.

Dated: ~~February~~ March 16 __ 2018            Dated: ~~February~~ March 16 __ 2018
        New York, New York                              Lake Success, New York

_____                          _____
Douglas B. Lipsky, Esq.                          ~~Allen Perlstein~~ Andrew Lang
LIPSKY LOWE LLP                                  HARFENIST KRAUT & PERLSTEIN LLP
630 Third Avenue, Fifth Floor                    3000 Marcus Avenue, Suite 2E1
New York, NY 10017-6705                          Lake Success, New York 11042
doug@lipskylowe.com                              aperlstein@hkplaw.com
Tel: 212.392.4772                                Tel: 516.335.9600
*Attorneys for Plaintiff Young*                  *Attorneys for Defendants*

SO ORDERED:

Dated: New York, New York

      March 16          , 2018
_____


_____
        J. PAUL OETKEN
      United States District Judge